## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**Earl Gene Neeley**                                                                            **Plaintiff**

**v.**                                    **No. 4:14-CV–87-JM**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                              **Defendant**

### ORDER ACCEPTING RECOMMENDED DISPOSITION

After reviewing the recommended disposition filed in this case, the court finds

that no party has objected.  The court ACCEPTS the recommended disposition and

DENIES Earl Gene Neeley's request for relief (docket entry # 2).  The court will enter

judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the

Social Security Administration.

So ordered this 29th day of May, 2015.


_____
UNITED STATES DISTRICT JUDGE